UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 1:18-cr-10307-MLW |
| DAREN DEJONG ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DEFENDANT'S NOTICE PER ORDER OF THE COURT**

The defendant, Daren DeJong, by and through undersigned counsel, hereby respectfully provides notice to this Honorable Court of his intention not to file a motion to withdraw his sentencing memorandum previously filed under seal. The defendant further requests the sentencing memorandum he previously filed, *see* ECF#49, be replaced with the sentencing memorandum attached as Exhibit 1 to this Court's *Memorandum and Order*, dated April 29, 2019, and docketed for the public record.

Dated: April 30, 2019  

              Respectfully submitted,
              DAREN DEJONG
              By and through his attorney,

               /s/ *R. Bradford Bailey*
              R. Bradford Bailey, BBO#549749
              BRAD BAILEY LAW, P.C.
              44 School Street, Suite 1000B
              Boston, Massachusetts 02108
              Tel.: (857) 991-1945
              Fax: (857) 265-3184
              brad@bradbaileylaw.com

**Certificate of Service**

      I, R. Bradford Bailey, hereby certify that on this the 30th day of April, 2019, I caused a true copy of the foregoing *Defendant's Notice Per Order of the Court* to be served upon all necessary parties via CM/ECF system.

                                      /s/ *R. Bradford Bailey*
                                      R. Bradford Bailey