UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 18-cr-10307-MLW |
| | ) | |
| DAREN DEJONG, | ) | |
| Defendant. | ) | |

ORDER

WOLF, D.J.                                        April 30, 2019

In response to the sealed April 29, 2019 Memorandum and Order, defendant Daren DeJong states that he does not intend to file a motion to withdraw his sealed sentencing memorandum. See Docket No. 55. Furthermore, he requests that the court replace his redacted sentencing memorandum (Docket No. 49) with the version containing the redactions the court has tentatively authorized (Docket No. 53-1).

It is hereby ORDERED that:

1.    The April 24, 2019 Memorandum and Order (Docket No. 51), defendant's response to the April 24, 2019 Memorandum and Order (Docket No. 52), and the April 29, 2019 Memorandum and Order (Docket No. 53) are UNSEALED.

2.    The version of defendant's sentencing memorandum with the limited redactions tentatively authorized by the court and attached to the April 29, 2019 Memorandum and Order (Docket No.

53-1) shall be docketed separately on the public record of this case.

UNITED STATES DISTRICT JUDGE