UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 18-cr-10307-MLW |
| | ) |
| DAREN DEJONG, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                            November 4, 2019

On September 20, 2019, the court ordered the parties to respond, by October 7, 2019, to the Boston Globe Media Partners Motion for Partial Termination of Sealing Order (the "Motion"). See Docket No. 69. Neither party has done so. Therefore, it is hereby ORDERED that, by November 6, 2019, at 12:00 noon, each party shall either: (a) file a statement that it or he does not oppose the Motion; or (b) file an affidavit seeking to show good cause for the failure to respond to the September 20, 2019 Order by October 7, 2019, and a memorandum in opposition to the Motion.

                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE