UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal Action 18-cv-10307-MLW |
| | ) | |
| DAREN DEJONG, | ) | |
| | ) | |
| Defendant. | ) | |

# GOVERNMENT'S REPONSE TO THE COURT'S NOVEMBER 4, 2019 ORDER [D. 72]

The United States of America does not oppose the motion to partially unseal the defendant's sentencing memorandum [D. 70-71].

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Mark Grady*
MARK GRADY
DUSTIN CHAO
Assistant U.S. Attorneys

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Mark Grady*
MARK GRADY
DUSTIN CHAO
Assistant U.S. Attorneys

Date: November 4, 2019

1