# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | |
| v. | Docket No. 18-cr-10307-MLW |
| **DAREN DEJONG** | |

## DEFENDANT'S RESPONSE TO THE COURT'S NOVEMBER 4, 2019 ORDER (Doc. 72)

The defendant respectfully submits, by and through his undersigned counsel, that he does not oppose the motion to partially unseal his sentencing memorandum (Docs. 70-71).

Dated: November 5, 2019

Respectfully submitted,
DAREN DEJONG
By and through his attorneys,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, MA BBO#549749
Adamo L. Lanza, MA BBO#689190
BRAD BAILEY LAW, P.C.
44 School Street, Suite 1000B
Boston, MA 02108
T: (857) 991-1945
F: (857) 265-3184
brad@bradbaileylaw.com

Certificate of Service

I, R. Bradford Bailey, hereby certify that on this the 5th day of November, 2019, I caused a true copy of the foregoing document to be served upon all necessary parties by virtue of electronically filing the same via the CM-ECF system.

 /s/ *R. Bradford Bailey*
R. Bradford Bailey